UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20558-MC-KING

In Re: REQUEST FROM GUATEMALA
Pursuant to the Inter-American Convention
on Mutual Assistance in Criminal Matters
in the Matter of ALKA WENKER S.A.,

_____/

ORDER DISMISSING ABOVE-STYLED CASE

This cause COMES BEFORE THE Court *sua sponte*. This case was filed on March 3, 2008 and it appears from the record that the United States Attorney's Office has filed a Status Report on April 17, 2008 (D.E. #6) pursuant to the Court's Order filed on March 5, 2008 appointing their office as Commissioner in the above styled case. The reports states; that this case can be closed administratively at the Court's convenience. Accordingly, after a careful review of the record, and the Court being otherwise full advised, it is

ORDERED and ADJUDGED that the above-styled case be **closed administratively**, and the same is hereby, **DISMISSED**.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida the 21st, day of April, 2008.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: Benton Curtis, AUSA
United States Attorney's Office
99 N.E. 4th Street
Miami, Florida 33132
Facsimile: (305) 530-6168
***Counsel for the Plaintiff:***